UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>DOUGLAS NORMAN,<br><br>            Defendant. | )<br>)<br>) **NOTICE OF APPEARANCE AND REQUEST**<br>) **FOR ELECTRONIC NOTIFICATION**<br>)<br>) **90 Cr. 111**<br>)<br>)<br>) |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                            Respectfully submitted,

                                            GEOFFREY S. BERMAN
                                            United States Attorney for the
                                            Southern District of New York


                                        by:  /s/ Robert B. Sobelman
                                             Robert B. Sobelman
                                             Assistant United States Attorney
                                             (212) 637-2616